IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DANIA PRUESS & MARY BATEMAN, on behalf of themselves and others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>PRESBYTERIAN HEALTH PLAN, INC. & FLUENT HEALTH, LLC<br><br>    *Defendants*. | Civil Action No. 1:19-cv-00629-KG-JFR |

## ORDER

The Court has considered Plaintiffs' Unopposed Motion for Extension of Time to File Reply in Support of Plaintiffs' Motion for Step One Notice Pursuant to the Fair Labor Standards Act and believes that it should be and is hereby GRANTED. Accordingly, it is ORDERED that the deadline for Plaintiffs to file their Reply in Support of Plaintiffs' Motion for Step One Notice is hereby extended by 7 days from the current deadline of January 31, 2020 to February 7, 2020.

_____
UNITED STATES DISTRICT JUDGE