IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIA PRUESS, MARY BATEMAN, LINDA VARGAS MARTINEZ, and DAVID GALLEGOS, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

PRESBYTERIAN HEALTH PLAN, INC. & FLUENT HEALTH, LLC,

    Defendants.

No. 19-cv-00629 DHU-JFR

## ORDER

As set forth in this Court's Memorandum Opinion and Order Granting Plaintiffs' Motion for Class Certification under Federal Rule of Civil Procedure 23 and Denying Defendants' Motion to Decertify Fair Labor Standards Act Conditional Collective (Doc. 283), FLSA Opt-in Plaintiffs Jermona Ellis and Christine Montoya have been dismissed from this litigation without prejudice. It is hereby ORDERED that the statute of limitations for Ms. Ellis's and Ms. Montoya's overtime claims brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, is tolled for a period of sixty (60) days, beginning on August 16, 2024.

DAVID HERRERA URIAS
United States District Judge